**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America, | Case No. 20-cr-231 (JRT/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Daniel Mathias, et al., | |
| Defendants. | |

| | |
|---|---|
| United States of America, | Case No. 20-cr-232 (JRT/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Russall Jason Rahm, et al., | |
| Defendants. | |

| | |
|---|---|
| United States of America, | Case No. 20-cr-233 (JRT/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Cody Wayne Timmerman, et al., | |
| Defendants. | |

The Court appointed attorney Russell M. Aoki of Aoki Law, PLLC as Coordinating Discovery Attorney for court-appointed defense counsel (Dkt. Nos. 105, 454, 87 respectively). The cases have reached a point where discovery coordination is no longer required.

2

**IT IS HEREBY ORDERED:** The Court removes Russell M. Aoki of Aoki Law, PLLC as Coordinating Discovery Attorney in the above cases.

Dated: July 9, 2024	___s/David T. Schultz_____
	DAVID T. SCHULTZ
	United States Magistrate Judge